**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**COLUMBUS DIVISION**

AMANI EL KHAN BEY                         :
*a/k/a* JARRELL STEVEN MCCREA, and    :
TAHMERI G. EL BEY                          :
*a/k/a* DONNA G. BATES,                    :
                                                           :
              Plaintiffs,                        :
v.                                                        :         Case No. 4:26-cv-224-CDL-ALS
                                                           :
COLUMBUS POLICE DEPARTMENT,   :
*et al.*,                                               :
                                                           :
              Defendants.                       :
_____

**ORDER**

On February 9, 2026, *pro se* Plaintiffs Amani El Khan Bey *a/k/a* Jarrell Steven McCrea and Tahmeri G. El Bey *a/k/a* Donna G. Bates ("Plaintiffs"), filed a complaint pursuant to 42 U.S.C. § 1983. (Doc. 2). However, Plaintiffs failed to pay the filing fee or submit motions to proceed without payment of the filing fees. Before this action can continue, Plaintiffs must either pay the required $405.00 filing fee or file a motion for leave to proceed *in forma pauperis* ("IFP") which is supported by an affidavit for each Plaintiff. Accordingly, Plaintiffs are **ORDERED** to either pay the $405.00 filing fee or move to proceed IFP with affidavits in support of each Plaintiff.

Plaintiffs must comply with this Order within **FOURTEEN (14) DAYS** of the date of this Order. Plaintiffs are also **ORDERED** to notify the Court in writing of any address change. The Clerk is **directed** to forward non-prisoner long form IFP applications to Plaintiffs along with a copy of this Order. There shall be no service of process until further order of the Court.

**SO ORDERED**, this 11th day of February, 2026.

s/ **ALFREDA L. SHEPPARD**
UNITED STATES MAGISTRATE JUDGE