IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

AMARU EL KHAN BEY and TAHMERI G EL BEY,          *

                                                       *

                 Plaintiff,          Case No.  4:26-cv-224-CDL-ALS

v.          *

COLUMBUS POLICE DEPARTMENT, *et al.,*          *

               Defendants.          *

_____

## **J U D G M E N T**

Pursuant to this Court's Order dated 5/13/2026, having accepted the recommendation of the United States Magistrate Judge, in its entirety, JUDGMENT is hereby entered dismissing this action.

This 13th day of May, 2026.

                            David W. Bunt, Clerk

                            s/ Elizabeth S. Long, Deputy Clerk